U.S. MARSHAL-DC
RECEIVED AUG 19 '26 PM4:17

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Simmeone Barnes
DOB: 01/17/2002

*Defendant*

Case: 1:26-cr-00198
Assigned To : McFadden, Trevor N.
Assign. Date : 8/19/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Simmeone Barnes,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl

21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) - Unlawful Possession with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl

Date: 08/19/2026

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/19/26, and the person was arrested on *(date)* 08/26/26
at *(city and state)* Takoma, Park, Maryland

Date: 08/26/26

*Arresting officer's signature*

Special Agent Dean Kezman
*Printed name and title*